■ In the Matter of SHERIDAN B. MANASEN et al., as Executors of SARAH I. MANASEN, Deceased, Respondents. CARLA D. PRIMEAU et al., Appellants. (Appeal No. 2.) [668 NYS2d 531] —Order unanimously reversed on the law without costs, motion granted and amended petition dismissed. Same Memorandum as in *Matter of Manasen (Primeau)* (247 AD2d 908 [decided herewith]). (Appeal from Order of Erie County Surrogate's Court, Mattina, S.—Dismiss Pleading.) Present—Pine, J. P., Lawton, Wisner, Callahan and Boehm, JJ.